B. & B. TRUCKING, INC., v. HOME FIRE AND MARINE INSURANCE COMPANY OF

App. Div.]　　　　　First Department, October, 1925.

CALIFORNIA.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.